[No. 24905-1-III. Division Three. April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLODOVEO E. ESPINA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00366-2, Robert G. Swisher, J., entered January 19, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24935-2-III. Division Three. April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONTA L. BLACKMON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 29, 2008. Substitute opinon filed. See 142 Wn. App. 1047.

[No. 25185-3-III. Division Three. April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA ANN NAPIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-8-00954-1, Ellen K. Clark, J., entered March 23, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Kato, J. Pro Tem.